# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

State Farm Mutual Automobile Insurance Company,

    Plaintiff(s),

v.

Shane D. Kraus, et al.,

    Defendant(s).

Case No. 2:25-cv-01058-JCM-NJK

**Order**

[Docket No. 11]

Pending before the Court is Plaintiff's motion to extend the time for service. Docket No. 11. Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed. R. Civ. P. 4(m). Plaintiff established sufficient cause to extend the time for effectuating service, though it is not clear why an additional 90 days is necessary. Accordingly, the Court **GRANTS** in part and **DENIES** in part the motion to extend time for service. The service deadline is extended to October 29, 2025.

Lastly, counsel is advised that this motion violates the local rules by combining the motion and the exhibits as a single PDF file. *See* Local Rule IC 2-2(a)(3)(A). Counsel must comply with this rule moving forward.

IT IS SO ORDERED.

Dated: September 15, 2025

                                                                               _____
                                                                               Nancy J. Koppe
                                                                               United States Magistrate Judge