# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>   Plaintiff,<br><br>v.<br><br>Shane D. Kraus, et al.,<br><br>   Defendants. | Case No. 2:25-cv-01058-JCM-NJK<br><br>**Order**<br><br>[Docket No. 14] |

Pending before the Court is Plaintiff's motion to extend the time for service. Docket No. 14. Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed. R. Civ. P. 4(m).

Accordingly, the Court **GRANTS** the motion to extend time for service. Docket No. 14. The service deadline is extended to December 13, 2025.

IT IS SO ORDERED.

Dated: October 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge